670

## PER CURIAM.

The unlawful possession of intoxicating liquor for sale in a dry area is the offense; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

## PER CURIAM.

The offense is the sale of intoxicating liquor in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

---

**Elbert KIMBERLIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28139.

Court of Criminal Appeals of Texas.

March 7, 1956.

**Elbert KIMBERLIN, Appellant,**

v.

**The STATE of Texas, Appellee (two cases).**

Nos. 28136, 28140.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Attorney, Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Attorney, Austin, for the State.